**Order entered August 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00897-CV

### IN RE WILLIAM SEDRIC AUTREY, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 4298119410**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/      DAVID L. BRIDGES
JUSTICE